IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LETICIA SANDERS**  **PLAINTIFF**

**v.**  **CASE NO. 4:24-CV-00328-BSM**

**LOUIS DEJOY,** *Postmaster*  **DEFENDANT**
*General, United States Postal Service*

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE